FILED

2009 JAN 23 AM 8:47

U.S. BANKRUPTCY COURT
W.D. OF WASHINGTON
BY____

MARK J. GISKE, WSBA #15969
SHILLITO & GISKE, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA WA 98406
(253) 572-4388

Hon. Paul B. Snyder
Chapter 13 Bankruptcy
Hearing Date: January 15, 2009
Hearing Time: 1:00 p.m.
Response Date: January 8, 2009

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | No. 08-42189 |
|---|---|
| ANTONIO FUOCO, Debtor. | ORDER DENYING CREDITOR'S MOTION FOR RELIEF FROM STAY OR ADEQUATE PROTECTION |

This matter having come on regularly for hearing on January 15, 2009 and this Court having heard arguments of counsel and otherwise being fully advised, is hereby

ORDERED, ADJUDGED AND DECREED, that the Creditor Stacy Henshaw's Motion for Relief from Stay or Adequate Protection is hereby denied.

Dated this _23_ day of January, 2009.

Honorable Paul B. Snyder

Presented by:

Mark J. Giske, WSBA #15969
Attorney for Debtor

ORDER DENYING CREDITOR'S MOTION
FOR RELIEF FROM STAY OR ADEQUATE
PROTECTION                                    -1-

Law Offices of
**SHILLITO & GISKE, P.S.**
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497

MARK J. GISKE, WSBA #15969
SHILLITO & GISKE, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA WA 98406
(253) 572-4388

Hon. Paul B. Snyder
Chapter 13 Bankruptcy
Hearing Date: January 15, 2009
Hearing Time: 1:00 p.m.
Response Date: January 8, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

ANTONIO FUOCO,
                Debtor.

No. 08-42189

ORDER DENYING CREDITOR'S MOTION FOR RELIEF FROM STAY OR ADEQUATE PROTECTION

This matter having come on regularly for hearing on January 15, 2009 and this Court having heard arguments of counsel and otherwise being fully advised, is hereby

ORDERED, ADJUDGED AND DECREED, that the Creditor Stacy Henshaw's Motion for Relief from Stay or Adequate Protection is hereby denied.

Dated this _____ day of January, 2009.

_____
Honorable Paul B. Snyder

Presented by:

/s/ Mark J. Giske
Mark J. Giske / WSBA #15969
Attorney for Debtor

/s/ Kenneth E. Rorker #19560
Atty for Stacy Henshaw

ORDER DENYING CREDITOR'S MOTION
FOR RELIEF FROM STAY OR ADEQUATE
PROTECTION

-1-

Law Offices of
SHILLITO & GISKE, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497